Approved: _/s/_____
Andrew W. Jones/Matthew R. Shahabian
Assistant United States Attorneys

Before: THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

**23 MAG 3230**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY SMALLS, a/k/a "Boogie,"<br>SHORIA MOORE, a/k/a "Brim," a/k/a "Driver,"<br>RUSSELL WATSON, a/k/a "Kanye," a/k/a "Slum," and<br>CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige,"<br><br>Defendants. | **SEALED COMPLAINT**<br><br>Violations of 21 U.S.C. §§ 841 and 846<br><br>COUNTIES OF OFFENSE:<br>BRONX, NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

ERIN PROPERSI, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
**(Narcotics Conspiracy)**

1. From at least in or about January 2022, up to and including in or about March 2023, in the Southern District of New York and elsewhere, ANTHONY SMALLS, a/k/a "Boogie," SHORIA MOORE, a/k/a "Brim," a/k/a "Driver," RUSSELL WATSON, a/k/a "Kanye," a/k/a "Slum" and CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige," the defendants, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ANTHONY SMALLS, a/k/a "Boogie," SHORIA MOORE, a/k/a "Brim," a/k/a "Driver," RUSSELL WATSON, a/k/a "Kanye," a/k/a "Slum," and CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine base, in the form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4. I am a Special Agent with the FBI and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, and my conversations with other law enforcement officers and witnesses, as well as my review of documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## Summary of the Narcotics Conspiracy

5. Based on my participation in the investigation, which includes conducting surveillance, participating in controlled purchases of narcotics, speaking with other law enforcement officers, reviewing law enforcement reports and recordings of controlled purchases, and reviewing toll records and social media evidence, I am aware that since at least January 2022, the FBI and the New York City Police Department ("NYPD") have been investigating narcotics trafficking activity in and around the intersection of Nereid Avenue and Matilda Avenue in the Bronx.

6. During the investigation, undercover law enforcement officers and a confidential source working at the direction of law enforcement officers have made more than two dozen purchases of crack cocaine from a group of individuals selling narcotics in the area of Nereid and Matilda Avenues.

7. Based on the information collected in connection with these controlled purchases of narcotics, law enforcement agents identified ANTHONY SMALLS, a/k/a "Boogie," SHORIA MOORE, a/k/a "Brim," a/k/a "Driver," RUSSELL WATSON, a/k/a "Kanye," a/k/a "Slum," and CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige," the defendants, as members of the group selling narcotics in the area of Nereid and Matilda Avenues.

## Controlled Purchases from SMALLS

8. Based on my participation in this investigation, which includes conducting surveillance, participating in controlled purchases of narcotics, speaking with other law enforcement officers, and reviewing law enforcement reports and recordings of controlled purchases, I have learned that from at least on or about April 5, 2022, up to and including on or about February 2, 2023, ANTHONY SMALLS, a/k/a "Boogie," the defendant, sold narcotics to either an undercover law enforcement agent or a confidential source working at the direction of law enforcement ("CS-1")[1] approximately 10 times. Specifically:

---

[1] At all relevant times here, CS-1 has provided information to the FBI in return for financial payments. CS-1 has a criminal history involving unlicensed operation of a motor vehicle, assault, and sale of a controlled substance. CS-1 is not a current narcotic drug user. Within the past year, and during the relevant time periods referenced in this Affidavit, information that CS-1 has

a. On or about April 5, 2022, an undercover law enforcement officer ("UC-1") approached SHORIA MOORE, a/k/a "Brim," a/k/a "Driver," the defendant, to purchase narcotics in the vicinity of Nereid Avenue and Matilda Avenue in the Bronx, New York. After UC-1 gave MOORE approximately $100 to purchase crack cocaine, MOORE gave the money to SMALLS and told UC-1 that SMALLS would give UC-1 the crack cocaine. UC-1 and SMALLS drove to the vicinity of an apartment building located at 4501 Bronx Boulevard, Bronx, New York ("4501 Bronx Boulevard"), where SMALLS retrieved approximately 1.074 grams of a substance that the NYPD lab later identified as cocaine and provided it to UC-1. UC-1 later identified MOORE and SMALLS as the individuals UC-1 purchased cocaine from in photo arrays. This purchase was video recorded.

b. On or about April 13, 2022, UC-1 approached SMALLS in the vicinity of Nereid Avenue and Matilda Avenue. UC-1 then purchased from SMALLS approximately 38.435 grams of narcotics that the NYPD lab later identified as crack cocaine inside SMALLS' apartment in 4501 Bronx Boulevard (the "SMALLS Apartment"). UC-1 paid SMALLS approximately $1500 for these narcotics. This purchase was video recorded.

c. On or about April 29, 2022, UC-1 purchased from SMALLS approximately 66.628 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of 121st Street and Lenox Avenue in Manhattan, New York, in exchange for approximately $2,660. This purchase was video recorded.

d. On or about July 26, 2022, CS-1 purchased from SMALLS approximately 3.279 grams of narcotics that the NYPD lab later identified as crack cocaine near the vicinity of Nereid Avenue and Matilda Avenue. SMALLS identified himself to CS-1 as "Boogie" and gave CS-1 his phone number ending in -1879 (the "SMALLS Phone"). Prior to the purchase, CS-1 met with law enforcement agents nearby, was searched for contraband, and provided $200 to purchase narcotics. Immediately after the purchase, CS-1 returned to meet with law enforcement agents, provided the purchased narcotics to the agents, and was searched for contraband. These procedures were followed for every CS-1 controlled purchase. CS-1 later identified "Boogie" as SMALLS from a photo book.

e. On or about August 3, 2022, CS-1 purchased from SMALLS approximately 2.748 grams of narcotics that the NYPD lab later identified as crack cocaine outside 4501 Bronx Boulevard. SMALLS told CS-1 to come to the SMALLS Apartment going forward. This purchase was video recorded.

f. On or about August 31, 2022, CS-1 purchased from SMALLS approximately 3.888 grams of narcotics that the NYPD lab later identified as crack cocaine from inside the SMALLS Apartment. SMALLS showed CS-1 more narcotics and money in the kitchen of the SMALLS Apartment. SMALLS told CS-1, in sum and substance, that he sold narcotics wholesale, that he supplied the whole block, including CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige." This purchase was video recorded.

---

provided regarding the trafficking of controlled substances, including in the context of this investigation, has proven credible and reliable and has been corroborated by other evidence and investigation.

  g. On or about October 12, 2022, CS-1 purchased from SMALLS approximately 4.292 grams of narcotics that the NYPD lab later identified as crack cocaine and approximately .1666 grams of narcotics that the NYPD lab later identified as cocaine from inside the SMALLS Apartment. This purchase was video recorded.

  h. On or about January 9, 2023, CS-1 purchased from SMALLS approximately 1.143 grams of narcotics that the NYPD lab later identified as crack cocaine from inside the SMALLS Apartment. This purchase was video recorded.

  i. On or about January 30, 2023, CS-1 purchased from SMALLS approximately 1.971 grams of narcotics that the NYPD lab later identified as crack cocaine from inside the SMALLS Apartment. This purchase was video recorded.

  j. On or about February 2, 2023, CS-1 purchased from SMALLS approximately 1.878 grams of narcotics that the NYPD lab later identified as crack cocaine from inside the SMALLS Apartment. This purchase was video recorded.

### Controlled Purchases from MOORE

  9. Based on my participation in this investigation, which includes conducting surveillance, participating in controlled purchases of narcotics, speaking with other law enforcement officers, and reviewing law enforcement reports and recordings of controlled purchases, I have learned that from at least on or about March 8, 2022, up to and including at least on or about April 20, 2022, SHORIA MOORE, a/k/a "Brim," a/k/a "Driver," the defendant, sold narcotics to UC-1 approximately 3 times. Specifically:

  a. On or about March 8, 2022, UC-1 purchased from MOORE approximately .215 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. During the transaction, MOORE provided UC-1 with his phone number ending in -9708 (the "First MOORE Phone"). This purchase was video recorded.

  b. As described *supra* ¶ 8(a), on or about April 5, 2022, UC-1 approached MOORE to purchase narcotics; MOORE directed UC-1 to ANTHONY SMALLS, a/k/a "Boogie," the defendant, from whom UC-1 purchased approximately 1.074 grams of a substance that the NYPD lab later identified as cocaine and provided it to UC-1. UC-1 later identified MOORE and SMALLS as the individuals UC-1 purchased cocaine from in photo arrays. This purchase was video recorded.

  c. On or about April 20, 2022, UC-1 purchased from MOORE approximately .634 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. This purchase was video recorded.

  d. On or about June 30, 2022, CS-1 purchased from a man who identified himself as "Driver" approximately .629 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. This purchase was video recorded. CS-1 later identified "Driver" as MOORE from a photo book. During this transaction, MOORE provided CS-1 with his phone number ending in -4963 (the "Second MOORE Phone").

## Controlled Purchases from WATSON

10. Based on my participation in this investigation, which includes conducting surveillance, participating in controlled purchases of narcotics, speaking with other law enforcement officers, and reviewing law enforcement reports and recordings of controlled purchases, I have learned that from at least on or about January 15, 2022, up to and including at least on or about March 24, 2023, RUSSELL WATSON, a/k/a "Kanye," a/k/a "Slum," the defendant, sold narcotics to undercover law enforcement agents approximately 6 times. Specifically:

a. On or about January 15, 2022, an undercover law enforcement officer ("UC-2") purchased from WATSON, who UC-2 knew as "Kanye," and an unidentified coconspirator ("CC-1"), who UC-2 knew as "Justin," approximately .096 grams of narcotics that the NYPD lab later identified as cocaine in the vicinity of Nereid Avenue and White Plains Road. UC-2 handed CC-1 approximately $20; CC-1 gave the money to WATSON, who gave UC-2 a loose rock of crack cocaine. WATSON gave UC-2 his phone number ending in -0422 (the "WATSON Phone"). This purchase was video recorded.

b. On or about February 3, 2022, UC-2 purchased from WATSON approximately .603 grams of narcotics that the NYPD lab later identified as cocaine in the vicinity of 238th Street and Matilda Avenue. This purchase was video recorded. UC-1 subsequently identified WATSON as "Kanye" in a photo array.

c. On or about February 16, 2022, UC-2 purchased from WATSON approximately 1.427 grams of narcotics that the NYPD lab later identified as cocaine in the vicinity of Carpenter Avenue and 239th Street. This purchase was video recorded.

d. On or about February 23, 2022, UC-2 purchased from WATSON approximately .126 grams of narcotics that the NYPD lab later identified as cocaine in the vicinity of 237th Street and Matilda Avenue. This purchase was video recorded.

e. On or about March 2, 2022, UC-2 purchased from WATSON approximately .809 grams of narcotics that the NYPD lab later identified as cocaine in the vicinity of Nereid Avenue and Matilda Avenue. This purchase was video recorded.

f. On or about March 8, 2022, UC-2 purchased from WATSON approximately 27 grams of what appeared to be narcotics but were later determined by the NYPD lab to not contain narcotics in the vicinity of 4389 Matilda Avenue. UC-2 paid WATSON approximately $1,000. This purchase was video recorded.

g. On or about July 14, 2022, CS-1 approached a man in the vicinity of Nereid Avenue and Matilda Avenue who CS-1 later identified as WATSON, asked for crack, and handed WATSON approximately $100. WATSON gave the money to another co-conspirator ("CC-2"). CC-2 went into a nearby building, returned, and gave CS-1 approximately .98 grams of narcotics that the NYPD lab later identified as crack cocaine. This purchase was video recorded.

h. On or about July 19, 2022, CS-1 purchased from a man who identified himself as "Slum," approximately 1.07 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. The purchase was video recorded. CS-1 later identified "Slum" as WATSON from a photo book.

i. From reviewing NYPD records, I am aware that on or about March 24, 2023, WATSON and CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige," the defendants, worked together, near 4398 White Plains Road in the Bronx—which is approximately two blocks from the intersection of Nereid Avenue and Matilda Avenue—to sell narcotics to an undercover law enforcement officer ("UC-3"). Following the sale of narcotics, WATSON and LEWIS were arrested and charged with distribution of narcotics in violation of New York law.

### Controlled Purchases from LEWIS

11. Based on my participation in this investigation, which includes conducting surveillance, participating in controlled purchases of narcotics, speaking with other law enforcement officers, and reviewing law enforcement reports and recordings of controlled purchases, I have learned that from at least on or about June 27, 2022, up to and including at least on or about March 24, 2023, CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige," the defendant, sold narcotics to CS-1 approximately 5 times, and to UC-3 one time. Specifically:

a. On or about June 27, 2022, CS-1 purchased from LEWIS approximately .522 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. During this transaction, LEWIS provided CS-1 with his phone number ending in -8119 (the "LEWIS Phone"). This purchase was video recorded. CS-1 later identified LEWIS from a photo book as the person who sold CS-1 crack cocaine. LEWIS was also identified based on the observations of law enforcement agents who observed LEWIS sell crack to CS-1 and comparisons to known photographs of LEWIS in law enforcement databases.

b. On or about August 11, 2022, CS-1 purchased from LEWIS approximately .473 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. LEWIS again provided CS-1 with the phone number for the LEWIS Phone and told CS-1 his name was Biggz, spelled "B-I-G-G-Z."

c. On or about October 27, 2022, CS-1 purchased from LEWIS approximately 1.248 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. During this purchase, LEWIS told CS-1, in sum and substance, that he worked with other individuals in the area to sell narcotics. This purchase was video recorded.

d. On or about November 10, 2022, CS-1 purchased from LEWIS approximately 1.2 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. This purchase was video recorded. During the transaction, LEWIS reintroduced CS-1 to RUSSELL WATSON, a/k/a "Kanye," a/k/a "Slum." WATSON identified himself as Slum. LEWIS described WATSON as his "brother," and told CS-1 that CS-1 could purchase narcotics from either LEWIS or WATSON.

e. On or about December 20, 2022, CS-1 purchased from LEWIS approximately 2.306 grams of narcotics that the NYPD lab later identified as crack cocaine in the vicinity of Nereid Avenue and Matilda Avenue. This purchase was video recorded.

f. As described *supra*, ¶ 10(h), on or about March 24, 2023, WATSON and LEWIS were arrested after selling narcotics to UC-3.

12. Based on my review of toll records obtained for the SMALLS Phone, the Second MOORE Phone, the WATSON Phone, and the LEWIS Phone for the time period of in or about June 2022 up to and including in or about January 2023, I have learned the following:

a. The SMALLS Phone was in contact with the Second MOORE Phone 1 time; the WATSON Phone 135 times, and the LEWIS Phone 200 times;

b. The Second MOORE Phone was also in contact with the LEWIS Phone 1 time and with a phone number ending in -7505 (the "-7505 Phone") 45 times. The -7505 Phone was in contact with the SMALLS Phone 311 times, the WATSON Phone 51 times, and the LEWIS Phone 151 times; and

c. The WATSON Phone was also in contact with the LEWIS Phone 84 times.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of ANTHONY SMALLS, a/k/a "Boogie," SHORIA MOORE, a/k/a "Brim," a/k/a "Driver," RUSSELL WATSON, a/k/a "Kanye," a/k/a "Slum," and CODIE LEWIS, a/k/a "Biggz," a/k/a "Beige," the defendants, and that they be arrested, and imprisoned or bailed, as the case may be.

_S/ Erin Propersi /otw_
ERIN PROPERSI
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 24th day of April, 2023.

_____
THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York