

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2024

**By ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The pretrial deadlines are hereby extended as described within.

Dated: January 11, 2024
New York, New York

SO ORDERED.

*[signature]*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *United States v. Anthony Smalls*, et al., 23 Cr. 237 (JLR)

Dear Judge Rochon:

The Government writes, with the consent of all defendants, to ask the Court to modify the current schedule for making certain pretrial filings in this case.[1] Trial is scheduled to begin in this case on April 15, 2024, and the final pretrial conference is scheduled for April 8, 2024. The parties are still engaging in discussions about plea resolutions in this case and are hopeful that pretrial resolutions can be reached. To facilitate continued plea discussions, the parties propose the following modified schedule for pretrial filings, which would not change the trial date or final pretrial conference date.

- <u>March 4, 2024</u>: The Government shall file any motions *in limine,* any Rule 404(b) notices, and its exhibit list and witness list. In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules.

- <u>March 11, 2024</u>: Defendants shall file responses to the Government's motion(s) and their own motions *in limine*, if any. In addition, to the extent that Defendants intend to put on their own case-in-chief, they shall also file their exhibits lists and witness lists at this time.

- <u>March 18, 2024</u>: The Government shall file a response to Defendants' motion(s) *in limine*, if any.

---

[1] The Court's initial deadline for the Government to make certain pretrial filings was today. I apologize for the late adjournment request.

Thank you for considering the request.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney for the
>Southern District of New York
>
>By: _____
>Andrew Jones / Matthew Shahabian
>Assistant United States Attorneys
>Tel. 212-637-2249

cc:     All defense counsel