UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>RUSSELL WATSON et al.,<br>                    Defendants. | No. 1:23-cr-00237 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The final pretrial conference set for April 8, 2024 and the trial scheduled for April 15, 2024 are canceled.

Dated:  March 18, 2024
          New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge